CHEMICAL BANK AND TRUST COMPANY, as Trustee under Trust Indentures Executed by MARY A. OTT, Deceased, Appellant and Respondent, *v.* MARGARET K. OTT, Individually and as Executrix of HENRY L. OTT, Deceased, et al., Respondents and Appellants, and CHEMICAL BANK AND TRUST COMPANY, as Administrator with the Will Annexed of MARY A. OTT, Deceased, et al., Respondents, Impleaded with Another.

Submitted June 7, 1937; decided June 11, 1937.

Motion for reargument of the appeal of the appellant Clarence F. Ott in so far as it relates to the validity of the instruments of April 12, 1930, purporting to modify the provisions of the trust indenture executed by Mrs. Mary A. Ott on February 19, 1929, denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 572.)

EUGENE A. PERKINS, Respondent, *v.* GUARANTY TRUST COMPANY OF NEW YORK, Defendant, and IDONAH S. PERKINS, Appellant.

Submitted June 10, 1937; decided June 11, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 250.)